**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GORDON LOREY GRILZ,              ) | No. CIV 02-1294 PCT RCB |
| Petitioner,              ) | |
| ) | O R D E R |
| vs.              ) | |
| TERRY L. STEWART, et. al.,     ) | |
| Respondents.              ) | |

    Petitioner seeks reconsideration of the Court's order issued July 26, 2005 (doc. # 19). In that order, the Court granted Petitioner's Request for Leave to File Out of Time Objections to the Magistrate's Report and Recommendation (doc. # 18), providing Petitioner an additional fifteen (15) days from the filing of that order within which to file his objections. Due to the loss of documents in his federal habeas file during his recent hospitalization, Petitioner has requested the Court to provide replacement copies of the Magistrate's Report and Recommendation as well as any subsequent orders. Mot. for Reconsideration (doc. # 20) at 1-2; Mot. for Leave to File (doc. # 18) at 4. Therefore,

1    IT IS ORDERED that Petitioner's Motion for Ruling (doc. # 21)
2 is GRANTED.
3    IT IS FURTHER ORDERED that Petitioner's Motion for
4 Reconsideration (doc. # 20) is GRANTED.
5    It IS FURTHER ORDERED directing the Clerk of the Court to
6 provide Petitioner with courtesy copies of the Magistrate's Report
7 and Recommendation (doc. # 15), the Court's order dated May 20,
8 2005 (doc. # 17), and the Court's order dated July 26, 2005 (doc. #
9 19).
10    IT IS FURTHER ORDERED that the deadline for Petitioner to file
11 objections to the Report and Recommendation (doc. # 15) shall be
12 extended to thirty (30) days from the date of the entry of this
13 order.
14    DATED this 29th day of September, 2005.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to counsel of record

-2-